```
 1  MICHAEL LINDSAY (CA BAR NO. 110845)
    mlindsay@nixonpeabody.com
 2  ERIN HOLYOKE (CA BAR NO. 288137)
    eholyoke@nixonpeabody.com
 3  IRENE TATEVOSYAN (Bar No. 301568)
    itatevosyan@nixonpeabody.com
 4  NIXON PEABODY LLP
    555 West Fifth Street, 46th Floor
 5  Los Angeles, California 90013-1010
    Telephone:  (213) 629-6000
 6  Facsimile:  (213) 629-6001
 7
 8  Attorneys for Defendants
    SOUTHERN CALIFORNIA PERMANENTE
 9  MEDICAL GROUP (erroneously sued as
    "Kaiser Permanente")
10
11
                 UNITED STATES DISTRICT COURT
12
                 CENTRAL DISTRICT OF CALIFORNIA
13
14
15  TERRY R. ROSS,                    Case No. 2:15-cv-05946-RGK-JPRx
                      Plaintiff,
16                                    [PROPOSED] JUDGMENT
17       vs.
18  KAISER PERMANENTE AND ITS         Judge: R. Gary Klausner
    AGENTS AND SEIU UHW(s),
19
                      Defendants.
20
21
22
23
24
25
26
27
28
```

[PROPOSED] ORDER
4838-0840-6568.1

## [PROPOSED] JUDGMENT

The Court has entered an Order granting the Motion for Summary Judgment of Defendant Southern California Permanente Medical Group ("SCPMG") (erroneously sued as "Kaiser Permanente"). Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff Terry R. Ross shall take nothing from Defendant SCPMG;

2. The First Amended Complaint of Plaintiff Terry R. Ross, and all causes of action and claims for relief therein, shall be and hereby are DISMISSED WITH PREJUDICE in their entirety;

3. Judgment is hereby entered in favor of Defendant SCPMG, and against Plaintiff Terry R. Ross; and

4. Defendant SCPMG may recover from Plaintiff Terry R. Ross its allowable costs incurred in this action.

DATED: NOV 9 2015 , 2015

By: _____
Hon. R. Gary Klausner
Judge, United States District Court